## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Ceres Environmental Services, Inc.,

                Plaintiff,        Civ. No. 10-4570 (RHK/JSM)

v.                            **ORDER**

Arch Specialty Insurance Company,

                Defendant.

---

      This matter is before the Court *sua sponte*. Defendant has filed a Motion for Summary Judgment in this action (Doc. No. 23), which is currently scheduled to be heard on December 23, 2011. Having reviewed the parties' submissions, including supplemental briefing submitted at the Court's behest, the Court has determined that oral argument will not materially assist its resolution of the pending Motion. Accordingly, **IT IS ORDERED** that the hearing on Defendant's Motion is **CANCELED**. The Motion is deemed submitted as of November 28, 2011, the date of the parties' final supplemental briefs concerning the Motion.

Date:  December 14, 2011                        s/Richard H. Kyle
                                                         RICHARD H. KYLE
                                                          United States District Judge